THE STATE EX REL. MARTIN, APPELLANT, *v.* RUSSO, JUDGE, APPELLEE.

[Cite as *State ex rel. Martin v. Russo,* 130 Ohio St.3d 269, 2011-Ohio-5516.]

*Mandamus will not issue when relator has an adequate remedy in the ordinary course of law—Court of appeals judgment denying claim for writ of mandamus affirmed.*

(No. 2011-1223—Submitted October 18, 2011—Decided November 1, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 96328, 2011-Ohio-3268.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals denying the claim of appellant, Tramaine Martin, for a writ of mandamus to compel appellee, Cuyahoga County Court of Common Pleas Judge Michael J. Russo, to vacate his sentence in a criminal case and resentence him.

{¶ 2} As the court of appeals correctly held, Martin's claims of sentencing error, including his allied-offense claim, are not cognizable in an action for an extraordinary writ, because he has an adequate remedy by appeal to raise these claims. See *State ex rel. Voleck v. Powhatan Point*, 127 Ohio St.3d 299, 2010-Ohio-5679, 939 N.E.2d 819, ¶ 7 ("Mandamus will not issue when the relators have an adequate remedy in the ordinary course of law"); *State ex rel. Cotton v. Russo*, 125 Ohio St.3d 449, 2010-Ohio-2111, 928 N.E.2d 1092, ¶ 1 (affirming denial of writs of mandamus and procedendo because insofar as relator attempted to raise claims of sentencing error, he had an adequate remedy by appeal to raise them); cf. *Smith v. Voorhies*, 119 Ohio St.3d 345, 2008-Ohio-4479, 894 N.E.2d 44, ¶ 10 ("allied-offense claims are nonjurisdictional and are not cognizable in habeas corpus").

**{¶ 3}** Moreover, res judicata bars Martin from raising the same claims he raised in his appeal. *State ex rel. Brown v. Wauford*, 129 Ohio St.3d 17, 2011-Ohio-2858, 949 N.E.2d 999, ¶ 2; see *State v. Martin*, Cuyahoga App. No. 95281, 2011-Ohio-222. "Mandamus is not a substitute for an unsuccessful appeal." *State ex rel. Marshall v. Glavas*, 98 Ohio St.3d 297, 2003-Ohio-857, 784 N.E.2d 97, ¶ 6.

**{¶ 4}** Based on the foregoing, we affirm the judgment of the court of appeals.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Tramaine Martin, pro se.

William D. Mason, Cuyahoga County Prosecuting Attorney, and James E. Moss, Assistant Prosecuting Attorney, for appellee.

_____